UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. ACTION NO. 15-152 |
| VERSUS | * | SECTION: J |
| RODNEY HESSON<br>GERTRUDE PARKER | * | 18 U.S.C. § 1349<br>18 U.S.C. § 371 |

\* \* \*

## VERDICT

We, the jury, unanimously find as follows as to Defendant, **RODNEY HESSON**:

1. **Count One**

    As to Count 1 of the Superseding Indictment – Conspiracy To Commit Healthcare Fraud:

    Guilty __✓__        Not Guilty _____

2. **Count Two**

    As to Count 2 of the Superseding Indictment – Conspiracy To Make False Statements Related To Health Care Matters

    Guilty __✓__        Not Guilty _____

SO SAY WE ALL, this 24 day of January, 2017.

███████████████
FOREPERSON