UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. ACTION NO. 15-152** |
| **VERSUS** | * | **SECTION: J** |
| **RODNEY HESSON** | * | **18 U.S.C. § 1349** |
| **GERTRUDE PARKER** | | **18 U.S.C. § 371** |

\* \* \*

**VERDICT**

We, the jury, unanimously find as follows as to Defendant, **GERTRUDE PARKER**:

1. **Count One**

    As to Count 1 of the Superseding Indictment – Conspiracy To Commit Healthcare Fraud:

    Guilty ___✓___     Not Guilty _____

2. **Count Two**

    As to Count 2 of the Superseding Indictment – Conspiracy To Make False Statements Related To Health Care Matters

    Guilty ___✓___     Not Guilty _____

SO SAY WE ALL, this 24 day of January, 2017.

███████████████████
FOREPERSON