UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-152 |
| v. | * | SECTION: "J" |
| RODNEY HESSON<br>GERTRUDE PARKER | * | |
| | * | |

\* \* \*

## SPECIAL VERDICT FORM FOR FORFEITURE OF PROPERTY

As to each item below, please indicate "YES" OR "NO" whether the jury unanimously finds the item is subject to forfeiture:

*Yes* — $33,714.04 U.S. Currency seized from First NBC Bank, Account Number: 110065663, in the name of Psychological Care Services of AL, LLC, seized on June 17, 2015;

*Yes* — $49,625.79 U.S. Currency seized from First NBC Bank, Account Number 110065707, in the name of Psychological Care Services of LA, LLC, seized on June 17, 2015;

*Yes* — $231,139.39 U.S. Currency seized from First NBC Bank, Account Number 110065652, in the name of Psychological Care Services of MS, LLC, seized on June 17, 2015;

*Yes* — $88,271.72 U.S. Currency seized from First NBC Bank, Account Number 110065696, in the name of Psychological Care Services Management, LLC, seized on June 17, 2015;

Yes   $49,507.14 U.S. Currency seized from First NBC Bank, Account Number: 110065696, in the name of Psychological Care Services of FL, LLC, seized on June 17, 2015;

Yes   $5,694.56 U.S. Currency seized from First NBC Bank, Account Number: 110065663, in the name of Psychological Care Services of AL, LLC, seized on July 13, 2015;

Yes   $6,597.11 U.S. Currency seized from First NBC Bank, Account Number: 110065696, in the name of Psychological Care Services of FL, LLC, seized on July 13, 2015;

Yes   $3,815.88 U.S. Currency seized from First NBC Bank, Account Number 110065707, in the name of Psychological Care Services of LA, LLC, seized on July 13, 2015;

Yes   $57,263.75 U.S. Currency seized from First NBC Bank, Account Number 110065652, in the name of Psychological Care Services of MS, LLC, seized on July 13, 2015;

Yes   Property currently recorded in the names of Rodney D. Hesson and Lisa Richardson Hesson and described as follows: All buildings and improvements thereon, one certain lot of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining , situated in the Parish of St. Tammany, State of Louisiana, in Eden Isles, Unit No. 4, bounded by Constellation Drive, Ranger Place, Southern Star side, Canal and Lorelie side, designated as Lot No. 642 on a survey made by Gilbert, Kelly & Couturie, Inc., dated October 6, 1985, a copy of which is annexed to act of sale recorded at CIN 600572 and according, said lot is triangular in shape and measures thence a first frontage along Constellation Drive a distance of 100 feet to a point; thence measures a second frontage along Ranger Place a distance of 20 feet, by a depth on the sideline nearer to Ranger Place of 215.49 feet and a depth on the opposite sideline of 190.78 feet. Improvements thereon bear the Municipal Address: 109 Constellation Drive, Slidell, Louisiana;

At least $13,570,119 in United States Currency and all interest and proceeds traceable thereto.

$ _8,956,278_

2

Date: 1/24/2017

Foreperson: ███████████

———————————————

———————————————