MINUTE ENTRY
BARBIER, J.
FEBRUARY 23, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 15-152 |
| JOHN TEAL | SECTION: J |

<u>SENTENCING</u>

COURT REPORTER: Cathy Pepper
COURTROOM DEPUTY: Stephanie Kall/Gail Chauvin

PRESENT:   John Michelich, DOJ, Katherine Payerle, DOJ, Katherine Raut, DOJ,
           for the government
           Walter Becker, Jr., for defendant

Defendant sentenced to count 1 of the Superseding Indictment.
Counts dismissed on motion of the United States as to this defendant: 2.
Government's 5K Motion: GRANTED.
See Judgment.
The defendant was released on original bond.
Court adjourned.

JS-10:      0:31